Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

APR 0 7 2023

for the

Northern District of Georgia

KEVIN P. WEIMER, Clerk
By: Kimberly Umphry Deputy Clerk

Atlanta Division

Albert Kinney Kinnebrew

Case No. 1:23-CV-1531
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

-v-

Beverly Kinnebrew

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Valerie Marie Cornell

[Notary seal: VALERIE MARIE CORNELL, MY COMMISSION EXPIRES, JUNE 6 2023, COUNTY, NOTARY PUBLIC]

# COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Albert Kinney Kinnebrew |
| Street Address | 122 Ashland Park Blvd. NE |
| City and County | Floyd, Rome |
| State and Zip Code | Georgia, 30161 |
| Telephone Number | 706-266-8192 |
| E-mail Address | albertkinnebrew936@gmail.com |

### B. The Defendant(s)

03/30/2023

AKind

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**Defendant No. 1**

| | |
|---|---|
| Name | Beverly Kinnebrew |
| Job or Title (if known) | Disable |
| Street Address | 122 Ashland Park Blvd. NE |
| City and County | Floyd, Rome |
| State and Zip Code | Georgia, 30161 |
| Telephone Number | 470-845-5014 |
| E-mail Address (if known) | |

**Defendant No. 2**

| | |
|---|---|
| Name | Sheila Jones |
| Job or Title (if known) | Employees retirement System of Georgia |
| Street Address | Two Northside 75, Suite 300 |
| City and County | Atlanta |
| State and Zip Code | Georgia, 30318 |
| Telephone Number | 404-350-6300 |
| E-mail Address (if known) | Michelle.heinecke@ers.ga.gov |

**Defendant No. 3**

| | |
|---|---|
| Name | Anita Moore |
| Job or Title (if known) | Division of Child Support Services |
| Street Address | 450 Riverside Pkwy NE #110, P |
| City and County | Rome, Floyd |
| State and Zip Code | Georgia, 30161 |
| Telephone Number | 706-295-6495 |
| E-mail Address (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | Kenneth Smith |
| Job or Title (if known) | Highland River Center |
| Street Address | 6 Mathis Dr |
| City and County | Rome, Floyd |
| State and Zip Code | Georgia, 30165 |
| Telephone Number | 706-233-9023 |
| E-mail Address (if known) | |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* Albert Kinney Kinnebrew , is a citizen of the

State of *(name)* Georgia .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* Beverly Kinnebrew , is a citizen of

the State of *(name)* Georgia . Or is a citizen of

*(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* Albert Kinney Kinnebraw is a citizen of the State of *(name)* Georgia .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* Sheila Jones , is a citizen of

the State of *(name)* Georgia . Or is a citizen of

*(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant, *(name)* Employee retirement system of Ga , is incorporated under

the laws of the State of *(name)* Georgia , and has its

principal place of business in the State of *(name)* Georgia .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)* Albert Kinney Kinnedrew , is a citizen of the State of *(name)* Georgian .

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)* Anita Moore , is a citizen of the State of *(name)* Georgia . Or is a citizen of *(foreign nation)* _____ .

2.   If the defendant is a corporation

The defendant, *(name)* Division of Child Support Services is incorporated under the laws of the State of *(name)* Georgia , and has its principal place of business in the State of *(name)* Georgia .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* Albert Kinney Kinnebrew , is a citizen of the State of *(name)* Georgia .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* Kenneth Smith , is a citizen of the State of *(name)* Georgia . Or is a citizen of *(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant, *(name)* Highland River center , is incorporated under the laws of the State of *(name)* Georgia , and has its principal place of business in the State of *(name)* Georgia .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* _____ , owes the plaintiff *(specify the amount)* $ _____ , because *(use one or more of the following, as appropriate)*:

### A. On a Promissory Note

On *(date)* _____ , the defendant signed and delivered a note promising to pay the plaintiff on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the rate of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____ . A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

### B. On an Account Between the Parties

The defendant owes the plaintiff *(specify the amount)* $ 2,250,000 . This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit–card company and a credit–card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ _____ . Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

## Statement of Claim

In 2009 I was terminated from Northwest Regional Hospital in Floyd County Georgia. Upon Termination a as processed. threw the Employees retirement system of Georgia My Pension Primary and Group Term Life Insurance Primary as Distribution at 100% for each to my Beneficiary Beverly Kinnebrew witch means I was label dead. I need help understanding how am I on child support under names that i was told that aren't mine been arrested under these name issued warrants and under these names threw the same state that labeled me dead.  8/28/00 Glenn White presents my name as Kennebrew Albert Kinney to the state of Georgia Department of Public Safety a long with public notary and submit to licensed examination facility. My name wasn't legally changed to Albert Kinney Kinnebrew until 02/27/01 the Civil action file number on my birthday suppose to be 00-CV-20421-3 not 00-CV-20420-3. I have been subpoena to court under the name Kennebrew Albert Kerry. 2013, 2014, 2015, and 2016 taxes where stolen from and filed with out my Permission when I go the notice in the mail that I a balance of 440.57 with the IRS and then in 2020 I got another one for 421.31 I filed a identity theft claim. A employee for the IRS named Eddie Eills stated that another person had file a taxes return before I filed in 2016. Told me that I will receive a refund that I never received and all sent a letter stating this as well. I have three different allias that are tied to the floyd county jail and also been issued warrants under names that are not mine put in mental Facilities under these fraudulent names as well. These organizations are using the ssn 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 Embezzle money from me that I am to be claiming.

## C.   For Goods Sold and Delivered

The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered

by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

## D.   For Money Loaned

The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loaned

the defendant on *(date)* _____ .

## E.   For Money Paid by Mistake

The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to

the defendant on *(date)* _____ , when the defendant received the payment from *(specify who*

*paid and describe the circumstances of the payment)*

_____

## F.   For Money Had and Received

The defendant was paid money *(specify the amount)* $ _____ on *(date)* _____ by

*(identify who paid and describe the circumstances of the payment)*

Fraudulent and misleading activity has occurred for financial gain and wealth

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as*

*that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a*

*deposit to be returned)*

I would like my real identity and the money back used by the other names
and son in order to enable embezzle.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     03/30/2023

Signature of Plaintiff

Printed Name of Plaintiff     Albert Kinney Kinnebrew

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



**EMPLOYEES'
RETIREMENT SYSTEM**
——— OF GEORGIA ———



## APPLICATION FOR REFUND OF CONTRIBUTIONS - ERS

1. Please print or type clearly.
2. Send this form to your Payroll Department. Do not send to Employees' Retirement System (ERS).
3. If the taxable portion (interest earned) of your refund is *less* than $200.00, ERS will withhold federal income tax. Typically the rate is 30%, or if you are over 59 1/2, the withholding rate is 20%.
4. If the taxable portion (interest earned) of your refund is *more* than $200.00, ERS is required to withhold federal income tax unless you directly roll over the taxable portion to another eligible retirement plan. You will be notified by ERS if this applies to you.
5. Refunds include accumulated employee contributions and credited interest earnings (if any).
6. Upon receipt of refund application in this office, please allow 8 weeks for processing.

921957

### SECTION I. MEMBER INFORMATION

Name: **Killebrew   Albert   K**          SSN: 2 5 5   5 1   9 7 9 4
(Last)          (First)          (MI)   (Maiden)

Mailing Address: **87.Salem   Apt #,      Rome      GA      30165**
(Street)          (City)      (State)      (Zip Code)

Date of Birth: **6 26 09**   E-mail: **none**          Daytime Phone No: **706   853 - 9458**
(mm) (dd) (yyyy)

State Agency/Department in which you were employed: **North West Regional**

### SECTION II. MEMBER SIGNATURE

I understand that Group Term Life Insurance (GTLI) charges are not refundable. I also understand that by receiving this refund I waive all rights to benefits accrued from this system, including GTLI.

Member Signature: _____   Date: **06.23.09**

### SECTION III. PERSONNEL/PAYROLL USE ONLY

1. Please provide the following dates for the above mentioned employee (if applicable).

Termination date: **6 23,2009**   Military Leave: __/__/__ to __/__/__   LWOP: __/__/__ to __/__/__

2. Complete salary & contributions information for the current fiscal year.      3. Read the statement below and sign.

| MONTH | SALARY | CONTRIBUTIONS |
|---|---|---|
| July | | |
| August | | |
| September | | |
| October | | |
| November | | |
| December | | |
| January | | |
| February | | |
| March | | |
| April | | |
| May | | |
| June | | |
| TOTALS | | |

This employee has terminated with this Department. I certify that these amounts are the total employer and employer-paid contributions for the current and/or prior fiscal year. The full amount will be refunded (less GTLI premiums) by the Retirement System and subsequently paid to the Retirement System by the employing department.

Payroll Officer Name

Signature

Date          Telephone Number

### FOR ERS USE ONLY - PRIOR YEAR'S ACCOUNTING

Total # of Months: _____   Total Salary: _____   Total Contributions: _____

D3-ERS 03/2006

Two Northside 75  Suite 300 • Atlanta, GA 30318 • PHONE (404) 350-6300  (800) 805-4609 • FAX (404) 350-6308 • www.ersga.org



6:24 AM  Tue Feb 9                                                             32%

❮ Sent  ∧  ∨                    **Pension plan**                    🗑  📁  ☑

1:22 PM  Wed Aug 12                                                           95%

❮  ▶  📖              🔒 portal.ers.ga.gov              ↻  ⊕  ⬆  +  ⧉

| Employe | Employees'... | Profile Creat... | Payee1099H... | Adobe Acrob... | portal.ers.ga... |

Four Form 1099-R tax forms from EMPLOYEES' RETIREMENT SYSTEM OF GEORGIA, Two Northside 75, Suite 300, Atlanta GA 30318-7701. Recipient: KINNEBREW ALBERT, 87 SALEM DRIVE APT #1, ROME GA 30165. Account number 000744420. Gross distribution 458.89, Taxable amount 1.73. State GA, Payer's state number 0700539-CT.

chrome://media-app                                                    1/1

6:25 AM Tue Feb 9 32%

‹ Mailboxes ∧ ∨ **Pension plan** 🗑 🗀 ◻

1:22 PM Wed Aug 12 95%

‹ › ▢ 🔒 portal.ers.ga.gov ↻ ⊕ ↑ + ⎘

Employs Employees'... Profile Creat... Payee1099H... Adobe Acrob... portal.ers.ge...

---

**Form 1099-R** ☐ CORRECTED if checked OMB No. 1545-0119 **2009**

| | | |
|---|---|---|
| 1 Gross distribution 10.23 | 2a Taxable amount 10.23 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance |
| 2b Taxable Amount not determined ☐ | Total Distribution ☒ | |

PAYER'S name, street address, city, state, and ZIP code

**EMPLOYEES' RETIREMENT SYSTEM OF GEORGIA**
**Two Northside 75, Suite 300**
**Atlanta GA 30318-7701**

| PAYER'S Federal identification number 58-6087566 | RECIPIENT'S identification number XXX-XX-0794 | |
|---|---|---|
| 3 Capital gain (included) in box 2a | 4 Fed income tax withheld 3.07 | 5 Contrib. or Ins. Prem. 0.00 |
| 6 Net unrealized appreciation in employer's securities | 7 Distribution code 1 | IRA/SEP ☐ 9 Other % 0.00 |
| 9a Your percentage of total | 9b Total employee Contributions | |

RECIPIENT'S name and street address (including apt. no.)

**KINNEBREW ALBERT**
**87 SALEM DRIVE APT #1**
**ROME GA 30165**

| Account number (optional) 000744420 | 10 State tax withheld 0.00 |
|---|---|
| 11 State GA | Payer's state number 0700539-CT | 12 State distribution |
| 13 Local tax withheld | 14 Name of locality | 15 Local distribution |

**Copy 2** File this copy with your state, city, or local income tax return, when required. Department of the Treasury Internal Revenue Service

---

**Form 1099-R** ☐ CORRECTED if checked OMB No. 1545-0119 **2009**

| | | |
|---|---|---|
| 1 Gross distribution 10.23 | 2a Taxable amount 10.23 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance |
| 2b Taxable Amount not determined ☐ | Total Distribution ☒ | |

PAYER'S name, street address, city, state and ZIP code

**EMPLOYEES' RETIREMENT SYSTEM OF GEORGIA**
**Two Northside 75, Suite 300**
**Atlanta GA 30318-7701**

| PAYER'S Federal identification number 58-6087566 | RECIPIENT'S identification number XXX-XX-0794 | |
|---|---|---|
| 3 Capital gain (included) in box 2a | 4 Fed income tax withheld 3.07 | 5 Contrib. or Ins. Prem. 0.00 |
| 6 Net unrealized appreciation in employer's securities | 7 Distribution code 1 | IRA/SEP ☐ 9 Other % 0.00 |
| 9a Your percentage of total | 9b Total employee Contributions | |

RECIPIENT'S name and street address (including apt. no.)

**KINNEBREW ALBERT**
**87 SALEM DRIVE APT #1**
**ROME GA 30165**

| Account number (optional) 000744420 | 10 State tax withheld 0.00 |
|---|---|
| 11 State GA | Payer's state number 0700539-CT | 12 State distribution |
| 13 Local tax withheld | 14 Name of locality | 15 Local distribution |

**Copy C** For Recipient's Records. This information is being furnished to the Internal Revenue Service Department of the Treasury Internal Revenue Service

---

**Form 1099-R** ☐ CORRECTED if checked OMB No. 1545-0119 **2009**

| | | |
|---|---|---|
| 1 Gross distribution 10.23 | 2a Taxable amount 10.23 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance |
| 2b Taxable Amount not determined ☐ | Total Distribution ☒ | |

PAYER'S name, street address, city, state and ZIP code

**EMPLOYEES' RETIREMENT SYSTEM OF GEORGIA**
**Two Northside 75, Suite 300**
**Atlanta GA 30318-7701**

| PAYER'S Federal identification number 58-6087566 | RECIPIENT'S identification number XXX-XX-0794 | |
|---|---|---|
| 3 Capital gain (included) in box 2a | 4 Fed income tax withheld 3.07 | 5 Contrib. or Ins. Prem. 0.00 |
| 6 Net unrealized appreciation in employer's securities | 7 Distribution code 1 | IRA/SEP ☐ 9 Other % 0.00 |
| 9a Your percentage of total | 9b Total employee Contributions | |

RECIPIENT'S name and street address (including apt. no.)

**KINNEBREW ALBERT**
**87 SALEM DRIVE APT #1**
**ROME GA 30165**

| Account number (optional) 000744420 | 10 State tax withheld 0.00 |
|---|---|
| 11 State GA | Payer's state number 0700539-CT | 12 State distribution |
| 13 Local tax withheld | 14 Name of locality | 15 Local distribution |

**Copy 1** File this copy with your state, city, local income tax return, when required. Department of the Treasury Internal Revenue Service

---

**Form 1099-R** ☐ CORRECTED if checked OMB No. 1545-0119 **2009**

| | | |
|---|---|---|
| 1 Gross distribution 10.23 | 2a Taxable amount 10.23 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance |
| 2b Taxable Amount not determined ☐ | Total Distribution ☒ | |

PAYER'S name, street address, city, state and ZIP code

**EMPLOYEES' RETIREMENT SYSTEM OF GEORGIA**
**Two Northside 75, Suite 300**
**Atlanta GA 30318-7701**

| PAYER'S Federal identification number 58-6087566 | RECIPIENT'S identification number XXX-XX-0794 | |
|---|---|---|
| 3 Capital gain (included) in box 2a | 4 Fed income tax withheld 3.07 | 5 Contrib. or Ins. Prem. 0.00 |
| 6 Net unrealized appreciation in employer's securities | 7 Distribution code 1 | IRA/SEP ☐ 9 Other % 0.00 |
| 9a Your percentage of total | 9b Total employee Contributions | |

RECIPIENT'S name and street address (including apt. no.)

**KINNEBREW ALBERT**
**87 SALEM DRIVE APT #1**
**ROME GA 30165**

| Account number (optional) 000744420 | 10 State tax withheld 0.00 |
|---|---|
| 11 State GA | Payer's state number 0700539-CT | 12 State distribution |
| 13 Local tax withheld | 14 Name of locality | 15 Local distribution |

**Copy B** Report this income on your Federal tax return. If this form shows Federal income tax withheld in Box 4, attach this copy to your Federal tax return. This information is being furnished to the Internal Revenue Service

3D-554

IN THE SUPERIOR COURT FOR THE COUNTY
OF FLOYD, STATE OF GEORGIA

FILED IN OFFICE
9:00
FEB 2 7 2001

_Eileen Wilson_
CLERK

IN RE:
**BEVERLY DIANE KINNEBREW** as
mother and next friend of
**ALBERT KINNY STOCKS, JR.**

**CIVIL ACTION**

**FILE NO.**   00-CV-20420-3

## ORDER OF COURT

The above and foregoing petition coming on to be heard at the time and place fixed in the notice of same, which was published in the county official organ once a week for four weeks as required by law, and it appearing that no objections were filed at the time and place fixed in said notice, and no reason appearing to the court why the prayers of the petition should not be granted, and it appearing to the court that the petitioner has shown sufficient cause for the change of her minor child's name as prayed and that the same is proper, it is hereby ordered by the court that the name of the said ALBERT KINNY STOCKS, JR. be changed to ALBERT KINNEY KINNEBREW. It is further ordered that this judgment of the court shall not operate to authorize the change of said name so as to fraudulently deprive others of any legal right under the law.

This the 27th day of _February_, 2001.

_Robert D. Walker_

JUDGE, SUPERIOR COURT
Floyd County, Georgia



**STATE OF GEORGIA — CERTIFICATE OF LIVE BIRTH**

Local File Number **851302**  State File Number **110-85-056452**

TYPE OR PRINT IN PERMANENT BLACK OR E-BLACK INK

| CHILD | | | |
|---|---|---|---|
| CHILD'S NAME  FIRST Albert | MIDDLE Kinny | LAST STOCKS, Jr. | SEX 2. Male  DATE OF BIRTH (Mo., Day, Year) 3a. June 26, 1985  TIME OF BIRTH 3b. 4:25 P.M. |

4a. THIS BIRTH (Single, Twin, Triplet, Etc.) Single  4b. IF NOT SINGLE BIRTH, SPECIFY BIRTH ORDER  5c. CITY, TOWN, OR LOCATION OF BIRTH Rome

5b. HOSPITAL NAME (If not Hospital, give Street and Number) Floyd Medical Center  5c. COUNTY OF BIRTH Floyd

MOTHER

6a. MOTHER (MAIDEN NAME) FIRST Beverly  MIDDLE Diane  LAST Smith  6b. AGE (At time of this birth) 28  6c. DATE OF BIRTH (Mo., Day, Year) July 16, 1956  6d. STATE OF BIRTH (If not U.S.A. name Country) Georgia

7a. RESIDENCE—STATE Georgia  7b. COUNTY Floyd  7c. CITY, TOWN, OR LOCATION Rome  7d. STREET AND NUMBER OF RESIDENCE 117 Chambers Street

8. MOTHER'S MAILING ADDRESS—IF SAME AS ABOVE, ENTER ZIP CODE 30161  7e. INSIDE CITY LIMITS? (Yes or No) Yes

11 1985

FATHER

| FATHER'S NAME  FIRST | MIDDLE | LAST | 9b. AGE (At time of this birth) | 9c. DATE OF BIRTH (Mo., Day, Year) | 9d. STATE OF BIRTH (If not U.S.A. name Country) |
|---|---|---|---|---|---|

10a. I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF (Signature of Parent or other informant) *Beverly D Stocks*  10b. RELATION TO CHILD Mother

CERTIFIER

11a. I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE. (Signature) *Becky Crosby*  11b. DATE SIGNED (Mo., Day, Year) June 29, 1985  11c. (Name)  11d. (Title)

11e. CERTIFIER—NAME AND TITLE (Type or Print) Becky Crosby, C.N.M.  11f. CERTIFIER—MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip) 1105 North Fifth Avenue, Rome, Georgia 30161

REGISTRAR

12a. REGISTRAR (Signature) *Jean Woodring*  12b. DATE RECEIVED BY LOCAL REGISTRAR (Mo., Day, Year) 8/23/85

3901 (Rev 8-83) DEPARTMENT OF HUMAN RESOURCES, VITAL RECORDS SERVICE  STATE COPY

---

This is to certify that this is a true and correct copy of the certificate filed with the Vital Records Service, Georgia Department of Human Resources. This certified copy is issued under the authority of Chapter 31-10, Vital Records Code of Georgia.

*Michael R. Lewis*

State Vital Records Registrar and Custodian, Director, Vital Records Service

County Custodian *Jean McDanald*

Issued by *Kathy W. Russell*

Date: 6-25-93

(Void without original signature and impressed seal.)

VERIFY PRESENCE OF WATERMARK HOLD TO LIGHT TO VIEW

**STATE OF GEORGIA — CERTIFICATE OF LIVE BIRTH**

\* Court Order - #00-CV-20420-3 - 02/27/01 - 03/13/01 yr

**TYPE OR PRINT PERMANENT BLACK OR BLUE-BLACK INK**

Local File Number: 851304 — State File Number: 110- 85 056452

| Field | Value |
|---|---|
| **CHILD'S NAME** FIRST MIDDLE LAST | 1. Albert \* Kimey Kinnebrew Stocks, Jr. |
| SEX | 2. Male |
| DATE OF BIRTH (Mo., Day, Year) | 3a. June 26, 1985 |
| TIME OF BIRTH | 3b. 4:25 P.M. |
| THIS BIRTH (Single, Twin, Triplet, Etc.) | 4a. Single |
| IF NOT SINGLE BIRTH, SPECIFY BIRTH ORDER | 4b. |
| CITY, TOWN, OR LOCATION OF BIRTH | 5a. Rome 435 |
| HOSPITAL NAME (If not Hospital, give Street and Number) | 5b. Floyd Medical Center 1606 |
| COUNTY OF BIRTH | 5c. Floyd 057 |

**MOTHER**

| Field | Value |
|---|---|
| MOTHER (MAIDEN NAME) FIRST MIDDLE LAST | 6a. Beverly Diane Smith |
| AGE (At time of this birth) | 6b. 28 |
| DATE OF BIRTH (Mo., Day, Year) | 6c. July 16, 1956 |
| STATE OF BIRTH (If not U.S.A. name Country) | 6d. Georgia |
| RESIDENCE—STATE | 7a. Georgia |
| COUNTY | 7b. Floyd 057 |
| CITY, TOWN, OR LOCATION | 7c. Rome 435 |
| STREET AND NUMBER OF RESIDENCE | 7d. 117 Chambers Street |
| MOTHER'S MAILING ADDRESS—IF SAME AS ABOVE, ENTER ZIP CODE | 8. 30161 |
| INSIDE CITY LIMITS? (Yes or No) | 7e. Yes |

SEP 11 1985

**FATHER**

| Field | Value |
|---|---|
| FATHER'S NAME FIRST MIDDLE LAST | 9a. |
| AGE (At time of this birth) | 9b. |
| DATE OF BIRTH (Mo., Day, Year) | 9c. |
| STATE OF BIRTH (If not U.S.A. name Country) | 9d. |

I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

(Signature of Parent or other informant) 10a. *Beverly D Stocks*

RELATION TO CHILD 10b. Mother

**CERTIFIER**

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE.

(Signature) 11a. *Becky Crosby*

DATE SIGNED (Mo., Day, Year) 11b. June 29, 1985

ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or Print) 11c. (Name) 11d. (Title)

CERTIFIER—NAME AND TITLE (Type or Print) 11a. Becky Crosby, C.N.M.

CERTIFIER—MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip) 11f. 1105 North Fifth Avenue, Rome, Georgia 30161

**REGISTRAR**

REGISTRAR (Signature) 12a. *Jean Woodring*

DATE RECEIVED BY LOCAL REGISTRAR (Mo., Day, Year) 12b. 8/23/85

STATE COPY

Form 3901 (Rev. 8-83) DEPARTMENT OF HUMAN RESOURCES, VITAL RECORDS SERVICE

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE GEORGIA DEPARTMENT OF PUBLIC HEALTH, STATE OFFICE OF VITAL RECORDS. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3, DPH RULES AND REGULATIONS. Any reproduction of this document is prohibited by statute. Do not accept unless on security paper with seal of Vital Records clearly embossed. Chapter 31-10, Code of Georgia as amended.

State Registrar — *Chris...ff Ham...* — 7463413

County Registrar — *Kelsey Castle...* — 09/12/22

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND, EMBOSSED SEAL AND THERMOCHROMIC INK. THE BACK CONTAINS SPECIAL LINES WITH TEXT.

C6764403

Form 3972 (Rev. 5/15)

STATE OFFICE — GA — VITAL RECORDS

VOID IF ALTERED OR COPIED

VOID IF ALTERED OR ERASED

1776

Tax Payer's Copies

Department of the Treasury—Internal Revenue Service

**Form 1040EZ**

**Income Tax Return for Single and Joint Filers With No Dependents**

**2014**

OMB No. 1545-0074

Your first name and initial: Albert   K.
Last name: Kinnebrew

Your social security number: 253 51 9794

If a joint return, spouse's first name and initial
Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.
331 Ashton Park

Apt. no.

⚠ Make sure the SSN(s) above are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Rome, Ga, – 30161

Foreign country name

Foreign province/state/county

Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☑ You ☐ Spouse

**Income**

Attach Form(s) W-2 here.

Enclose, but do not attach, any payment.

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. | **1** | 8706 | 60 |
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | **2** | | |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see instructions). | **3** | | |
| 4 | Add lines 1, 2, and 3. This is your **adjusted gross income.** | **4** | 8706 | 60 |

5 If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the worksheet on back.
☐ You   ☐ Spouse
If no one can claim you (or your spouse if a joint return), enter $10,150 if **single;** $20,300 if **married filing jointly.** See back for explanation.

**5** 10,150 00

6 Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income.** ▶

**6** 0 00

**Payments, Credits, and Tax**

| | | | | |
|---|---|---|---|---|
| 7 | Federal income tax withheld from Form(s) W-2 and 1099. | **7** | 153 | 00 |
| 8a | **Earned income credit (EIC)** (see instructions) | **8a** | 449 | 00 |
| b | Nontaxable combat pay election. | 8b | | |
| 9 | Add lines 7 and 8a. These are your **total payments and credits.** ▶ | **9** | 632 | 00 |
| 10 | Tax. Use the amount on line 6 above to find your tax in the tax table in the instructions. Then, enter the tax from the table on this line. | **10** | 0 | 00 |
| 11 | Health care: individual responsibility (see instructions) Full-year coverage N/A | 11 | | |
| 12 | Add lines 10 and 11. This is your **total tax.** | **12** | 0 | 0 |

**Refund**

Have it directly deposited! See instructions and fill in 13b, 13c, and 13d, or Form 8888.

13a If line 9 is larger than line 12, subtract line 12 from line 9. This is your **refund.**
If Form 8888 is attached, check here ▶ ☐

**13a** 632 00

▶ b Routing number ▶ c Type: ☐ Checking ☐ Savings

▶ d Account number

**Amount You Owe**

14 If line 12 is larger than line 9, subtract line 9 from line 12. This is the **amount you owe.** For details on how to pay, see instructions. ▶

**14**

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☑ **Yes. Complete below.** ☐ **No**

Designee's name ▶

Phone no. ▶

Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and, to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See instructions.

Keep a copy for your records.

Your signature   Date   Your occupation   Daytime phone number

Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation

If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

Print/Type preparer's name: Ezekiel McDaniel Sr
Preparer's signature: Ezekiel McDaniel Sr
Date 06/27/2016
Check ☑ if self-employed
PTIN A158556

Firm's name ▶ Ezekiel McDaniel Tax Service
Firm's EIN ▶

Firm's address ▶ 22 Washington Ave SE Rome Ga 3061
Phone no. (706) 291-9179

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Cat. No. 11329W

Form **1040EZ** (2014)

**Georgia Department of Revenue**
**TAXPAYER SERVICES DIVISION**
**P.O. BOX 105499**
**ATLANTA, GA 30348-5499**
**Telephone: (877) 423-6711**

bL201

Darcy Pyle, Director, Taxpayer Services Division                    David M. Curry, State Revenue Commissioner

5616

**ALBERT K KINNEBREW**
**331 ASHLAND PARK BLVD NE APT 331**
**ROME GA 30161-8697**

| | |
|---|---|
| **Letter ID:** | **L1347728688** |
| **Issued Date:** | **27-May-2020** |
| **SSN:** | ***-**-9794 |

## — STATEMENT OF TAXPAYER'S ACCOUNT(S) —

This statement does not affect your rights to appeal or protest any of the listed periods. If you need additional help, please visit our website at https://gtc.dor.ga.gov or call us at (877) 423-6711.

### Why you are receiving this letter:
- Our records show you owe additional tax, penalty, and interest.
- The following page lists all of the transactions and periods included in the total due shown below.

| | |
|---|---|
| **Tax - Credit** | $239.40 |
| **Penalty** | $93.40 |
| **Interest** | $88.51 |
| **Other** | $0.00 |
| **Balance** | **$421.31** |

### What you need to do:
- If you are in bankruptcy and the Georgia Department of Revenue has not been notified, please complete the information on the back of this letter.
- Do nothing for any tax liabilities in a period below that are currently in a payment plan or a pending protest or appeal.
- Otherwise please go to the Georgia Tax Center at https://gtc.dor.ga.gov and pay the full amount due or request a payment plan.

 **ITS-V (Rev. 8/15)**
**Integrated Tax System**
**Payment Voucher**


0906907011

ALBERT K KINNEBREW
331 ASHLAND PARK BLVD NE APT
331
ROME GA 30161-8697

This payment voucher must be included with your payment. Do not reproduce for another payment.
To pay electronically, go to https://gtc.dor.ga.gov and use 72182226328 as your notice number.

| ID TYPE | TAX TYPE | VOUCHER TYPE |
|---|---|---|
| 01 | 99 | 08 |
| **PAYMENT NO.** | **PERIOD END** | **VENDOR CODE** |
| 72182226328 | | 070 |

Georgia Department of Revenue
Taxpayer Services Division
P. O. Box 740321
Atlanta, Georgia 30374-0321

DO NOT STAPLE OR PAPER CLIP. REMOVE ALL CHECK STUBS.

**AMOUNT DUE $**          421.31

**AMOUNT PAID $**

0697218222632810000000000000000990801070000000421315



2757701.2020051023301.05616

**Georgia Department of Revenue**
**TAXPAYER SERVICES DIVISION**
**P.O. BOX 105499**
**ATLANTA, GA 30348-5499**
**Telephone: (877) 423-6711**

bL201 

Ronald Johnson Jr., Director, Taxpayer Services Division

Lynnette T. Riley, State Revenue Commissioner

 2260

**ALBERT T KINNEBREW**
**121 WADSWORTH ST NE**
**ROME GA 30161-5564**

| | |
|---|---|
| **Letter ID:** | **L1471193800** |
| **Issued Date:** | **24-Sep-2019** |
| **SSN:** | ***-**-9794 |

## STATEMENT OF TAXPAYER'S ACCOUNT(S)

This statement does not affect your rights to appeal or protest any of the listed periods. If you need additional help, please visit our website at https://gtc.dor.ga.gov or call us at (877) 423-6711.

### Why you are getting this letter:
* Our records show you owe additional tax, penalty, and interest.
* The following page lists all of the transactions and periods included in the total due shown below.

| | |
|---|---|
| **Tax - Credit** | $244.00 |
| **Penalty** | $142.79 |
| **Interest** | $53.78 |
| **Other** | $0.00 |
| **Balance** | **$440.57** |

### What you need to do:

* **Do nothing** if you are currently in bankruptcy or have an offer in compromise application under review.
* **Do nothing** for any tax liabilities in a period below that are currently in a payment plan or a pending protest or appeal.
* **Otherwise** please go to the Georgia Tax Center at https://gtc.dor.ga.gov and pay the full amount due or request a payment plan.

---


**ITS-V (Rev. 8/15)**
**Integrated Tax System**
**Payment Voucher**


0906907011

ALBERT T KINNEBREW
121 WADSWORTH ST NE
ROME GA 30161-5564

This payment voucher must be included with your payment. Do not reproduce for another payment.
To pay electronically, go to https://gtc.dor.ga.gov and use 89431198160 as your notice number.

Georgia Department of Revenue
Taxpayer Services Division
P. O. Box 740321
Atlanta, Georgia 30374-0321

| ID TYPE | TAX TYPE | VOUCHER TYPE |
|---|---|---|
| **01** | **99** | **08** |
| PAYMENT NO. | PERIOD END | VENDOR CODE |
| **89431198160** | | **070** |

**DO NOT STAPLE OR PAPER CLIP. REMOVE ALL CHECK STUBS.**

**AMOUNT DUE $**        440.57

**AMOUNT PAID $**

0698943119816090000000000000000009908010700000440578

**Georgia Department of Revenue**
**TAXPAYER SERVICES DIVISION**
**P.O. BOX 105499**
**ATLANTA, GA 30348-5499**
**Telephone: (877) 423-6711**

bL200



---

Darcy Pyle, Director, Taxpayer Services Division                    David M. Curry, State Revenue Commissioner

**ALBERT K KINNEBREW**
**331 ASHLAND PARK BLVD NE APT 331**
**ROME GA 30161-8697**

| | |
|---|---|
| **Letter ID:** | **L1613910440** |
| **Issued Date:** | **16-Sep-2020** |
| **SSN:** | ***-**-9794** |

### OFFICIAL ASSESSMENT AND DEMAND FOR PAYMENT

This is an Official Assessment and Demand for Payment against you for **Individual Income Tax** in the amount of **$79.64**. This assessment does not include any prior assessed taxes or credits on the account. The assessment is for the filing period ending **December 31, 2015**.

**Why you are receiving this letter:**
* *You did not pay the total amount of tax, interest and/or penalties due on time.*

| | |
|---|---|
| Tax | $77.00 |
| Interest | $1.50 |
| Penalty | $1.14 |
| **Total** | **$79.64** |

**What you need to do:**
Go to the Georgia Tax Center (GTC) at https://gtc.dor.ga.gov to do one of the following:
* Pay the amount due immediately;
* Appeal this Official Assessment (see the back of this page for more information); or
* You may upload supporting documents to help resolve this matter by using the Letter ID as the submission key. Supporting documents may include:
  * Pay or file confirmation number   • W-2's/ withholding statement   • Proof of payment

**What will happen if you do nothing:**
* Penalty and interest will continue to accumulate each month, increasing your overall amount due.
* The Georgia Department of Revenue may issue and record a lien with the Clerk of the Superior Court of the appropriate county if you fail to pay or file an appeal within 30 days of the date of this notice.

For information concerning payment options, bankruptcy and appeals, see the back of this letter. For other questions, you may call the number above.

To submit documentation electronically, go to https://gtc.dor.ga.gov and use L1613910440 as your document submission key.
An Equal Opportunity Employer
dor.georgia.gov

t767701.2020090743501.02445

**Georgia Department of Revenue**
OFFICE OF SPECIAL INVESTIGATIONS
1800 CENTURY BLVD NE, SUITE 1175
ATLANTA, GA 30345-3205
Telephone: (877) 423-6711



rL204

Jeff Mitchell, Director                                      David M. Curry, State Revenue Commissioner

ALBERT K KINNEBREW
331 ASHLAND PARK BLVD NE APT 331
ROME GA 30161-8697

ԻԵրⱮլⱮՈՐⱮⱮⱮⱮⱮⱮⱮⱮⱮⱮⱮⱮⱮ

| Letter ID: | L0315556552 |
|---|---|
| Issued Date: | 24-Jun-2020 |
| SSN: | ***-**-9794 |

### Re: Identity Theft Claim (2015)

The Georgia Department of Revenue has processed your identity theft claim. Based on a review of your account and the claim information submitted, the Department has removed any outstanding liability for the above-referenced tax year(s). If you have already filed your actual Georgia tax return with the Department and are due a refund, you should receive the refund within 30 business days.

If you have questions regarding this letter, please contact the Department's Office of Special Investigations at 1-877-423-6711 and select option 3.

Georgia Department of Revenue

# 2015 W-2 and EARNINGS SUMMARY

**Free tax prep at irs.gov/freefile**

**freefile**

**ADP**

**W-2 Wage and Tax Statement 2015**
Copy C for employee's records.
OMB No. 1545-0008

**Employee Reference Copy**

| d Control number | Dept. | Corp. | Employer only |
|---|---|---|---|
| 009794 ATLA/RN1 000022 | | T | 433 |

c Employer's name, address, and ZIP code
SYNTEC INDUSTRIES LLC
438 LAVENDER DR
ROME GA 30165

Batch #03441

e/f Employee's name, address, and ZIP code
ALBERT K KINNEBREW
308A CAMP
ROME GA 30161

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 58-2219962 | 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 |
| 1 Wages, tips, other comp. 3879.25 | 2 Federal income tax withheld 358.09 |
| 3 Social security wages 3879.25 | 4 Social security tax withheld 240.51 |
| 5 Medicare wages and tips 3879.25 | 6 Medicare tax withheld 56.25 |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| GA 2138732-WZ | 3879.25 |
| 17 State income tax 154.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2015 pay stub plus any adjustments submitted by your employer.**

| | | | | |
|---|---|---|---|---|
| Gross Pay | 3879.25 | Social Security Tax Withheld Box 4 of W-2 | 240.51 | GA. State Income Tax Box 17 of W-2 154.33 |
| | | | | SUI/SDI Box 14 of W-2 |
| Fed. Income Tax Withheld Box 2 of W-2 | 358.09 | Medicare Tax Withheld Box 6 of W-2 | 56.25 | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | GA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | | 3,879.25 | 3,879.25 | 3,879.25 |
| Reported W-2 Wages | 3,879.25 | 3,879.25 | 3,879.25 | 3,879.25 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

ALBERT K KINNEBREW
308A CAMP
ROME GA 30161

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1
STATE: 1

© 2015 ADP, LLC

— Fold and Detach Here —

---

| 1 Wages, tips, other comp. 3879.25 | 2 Federal income tax withheld 358.09 |
|---|---|
| 3 Social security wages 3879.25 | 4 Social security tax withheld 240.51 |
| 5 Medicare wages and tips 3879.25 | 6 Medicare tax withheld 56.25 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 009794 ATLA/RN1 000022 | | T | 433 |

c Employer's name, address, and ZIP code
SYNTEC INDUSTRIES LLC
438 LAVENDER DR
ROME GA 30165

| b Employer's FED ID number 58-2219962 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
ALBERT K KINNEBREW
308A CAMP
ROME GA 30161

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| GA 2138732-WZ | 3879.25 |
| 17 State income tax 154.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**Federal Filing Copy**
**W-2 Wage and Tax Statement 2015**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 3879.25 | 2 Federal income tax withheld 358.09 |
|---|---|
| 3 Social security wages 3879.25 | 4 Social security tax withheld 240.51 |
| 5 Medicare wages and tips 3879.25 | 6 Medicare tax withheld 56.25 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 009794 ATLA/RN1 000022 | | T | 433 |

c Employer's name, address, and ZIP code
SYNTEC INDUSTRIES LLC
438 LAVENDER DR
ROME GA 30165

| b Employer's FED ID number 58-2219962 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
ALBERT K KINNEBREW
308A CAMP
ROME GA 30161

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| GA 2138732-WZ | 3879.25 |
| 17 State income tax 154.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**GA.State Reference Copy**
**W-2 Wage and Tax Statement 2015**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 3879.25 | 2 Federal income tax withheld 358.09 |
|---|---|
| 3 Social security wages 3879.25 | 4 Social security tax withheld 240.51 |
| 5 Medicare wages and tips 3879.25 | 6 Medicare tax withheld 56.25 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 009794 ATLA/RN1 000022 | | T | 433 |

c Employer's name, address, and ZIP code
SYNTEC INDUSTRIES LLC
438 LAVENDER DR
ROME GA 30165

| b Employer's FED ID number 58-2219962 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
ALBERT K KINNEBREW
308A CAMP
ROME GA 30161

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| GA 2138732-WZ | 3879.25 |
| 17 State income tax 154.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**GA.State Filing Copy**
**W-2 Wage and Tax Statement 2015**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

38-2099803
OMB No. 1545-0008

| a Employee's soc. sec. no. 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 | 1 Wages, tips, other comp. 1,081.73 | 2 Federal income tax withheld 85.09 |
|---|---|---|
| b Employer ID number (EIN) 58-2212264 | 3 Social security wages 1,081.73 | 4 Social security tax withheld 67.07 |
| | 5 Medicare wages and tips 1,081.73 | 6 Medicare tax withheld 15.69 |

c Employer's name, address, and ZIP code

Ashton Staffing
3590 Cherokee St
Suite 303
Kennesaw, GA 30144

d Control number 0005052-0120

e Employee's name, address, and ZIP code

ALBERT KINNEBREW
308A CAMP ST NE
ROME GA 30161

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 0.00 |
|---|---|---|
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| GA 1946748-KR | 1,081.73 | 0.00 |
|---|---|---|
| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement  2015  Dept. of the Treasury -- IRS

---

## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

38-2099803
OMB No. 1545-0008

| a Employee's soc. sec. no. 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 | 1 Wages, tips, other comp. 1,081.73 | 2 Federal income tax withheld 85.09 |
|---|---|---|
| b Employer ID number (EIN) 58-2212264 | 3 Social security wages 1,081.73 | 4 Social security tax withheld 67.07 |
| | 5 Medicare wages and tips 1,081.73 | 6 Medicare tax withheld 15.69 |

c Employer's name, address, and ZIP code

Ashton Staffing
3590 Cherokee St
Suite 303
Kennesaw, GA 30144

d Control number 0005052-0120

e Employee's name, address, and ZIP code

ALBERT KINNEBREW
308A CAMP ST NE
ROME GA 30161

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 0.00 |
|---|---|---|
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| GA 1946748-KR | 1,081.73 | 0.00 |
|---|---|---|
| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement  2015  Dept. of the Treasury -- IRS
This information is being furnished to the Internal Revenue Service.

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

38-2099803
OMB No. 1545-0008

| a Employee's soc. sec. no. 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 | 1 Wages, tips, other comp. 1,081.73 | 2 Federal income tax withheld 85.09 |
|---|---|---|
| b Employer ID number (EIN) 58-2212264 | 3 Social security wages 1,081.73 | 4 Social security tax withheld 67.07 |
| | 5 Medicare wages and tips 1,081.73 | 6 Medicare tax withheld 15.69 |

c Employer's name, address, and ZIP code

Ashton Staffing
3590 Cherokee St
Suite 303
Kennesaw, GA 30144

d Control number 0005052-0120

e Employee's name, address, and ZIP code

ALBERT KINNEBREW
308A CAMP ST NE
ROME GA 30161

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 0.00 |
|---|---|---|
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| GA 1946748-KR | 1,081.73 | 0.00 |
|---|---|---|
| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement  2015  Dept. of the Treasury -- IRS
BW24UP  NTF 2579558*

---

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.)

38-2099803
OMB No. 1545-0008

| a Employee's soc. sec. no. 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 | 1 Wages, tips, other comp. 1,081.73 | 2 Federal income tax withheld 85.09 |
|---|---|---|
| b Employer ID number (EIN) 58-2212264 | 3 Social security wages 1,081.73 | 4 Social security tax withheld 67.07 |
| | 5 Medicare wages and tips 1,081.73 | 6 Medicare tax withheld 15.69 |

c Employer's name, address, and ZIP code

Ashton Staffing
3590 Cherokee St
Suite 303
Kennesaw, GA 30144

d Control number 0005052-0120

e Employee's name, address, and ZIP code

ALBERT KINNEBREW
308A CAMP ST NE
ROME GA 30161

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 0.00 |
|---|---|---|
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| GA 1946748-KR | 1,081.73 | 0.00 |
|---|---|---|
| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement  2015  Dept. of the Treasury -- IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

# W2 & EARNINGS SUMMARY

KTG INC.
4604 HAL DRIVE
CHATTANOOGA, TN 37416

**ALBERT K KINNEBREW**

| | Filing Status | Exemptions |
|---|---|---|
| FITWH | S 1 | - |
| GA | S 0 | |

**WAGES**

TOTAL GROSS WAGES  5663.48

| Description | Amount | Box |
|---|---|---|
| Soc. Security Wages | 5663.48 | 3 |
| Medicare Wages | 5663.48 | 5 |
| Fed. Taxable Wages | 5663.48 | 1 |
| GA Taxable Wages | 5663.48 | 16 |

**WITHHOLDINGS**

| Description | Amount | Box |
|---|---|---|
| Fed. Income Tax | 227.00 | 2 |
| Soc. Security Tax | 351.14 | 4 |
| Medicare Tax | 82.12 | 6 |
| GA Income Tax | 165.84 | 17 |

FOLD AND DETACH

**freefile**
IT'S FAST. IT'S SAFE. IT'S FREE.


**Paycor.**

---

### W2 Wage and Tax Statement 2015 — Federal Filing Copy

a Employee's social security number

c Employer's name, address, and ZIP code
KTG INC.
4604 HAL DRIVE
CHATTANOOGA, TN 37416

b Employer's identification number 58-2320548
d Control Number 78256   1288

e Employee's name and address
ALBERT K KINNEBREW
308 A CAMP STREET
ROME, GA 30161

| Box | Amount |
|---|---|
| 1 Wages, tips, other compensation | 5663.48 |
| 2 Federal income tax | 227.00 |
| 3 Social security wages | 5663.48 |
| 4 Social security tax | 351.14 |
| 5 Medicare wages and tips | 5663.48 |
| 6 Medicare tax withheld | 82.12 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advanced EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 See instrs. for box 12 | |
| 13 Stat emp. Ret. Plan 3 Party Sick | |
| 14 Other | |

| 15 State & Employer's state ID | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| GA  2074507-HR | 5663.48 | 165.84 | | | |

---

### W2 Wage and Tax Statement 2015 — State Filing Copy

a Employee's social security number
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

c Employer's name, address, and ZIP code
KTG INC.
4604 HAL DRIVE
CHATTANOOGA, TN 37416

b Employer's identification number 58-2320548
d Control Number 78256   1288

e Employee's name and address
ALBERT K KINNEBREW
308 A CAMP STREET
ROME, GA 30161

| Box | Amount |
|---|---|
| 1 Wages, tips, other compensation | 5663.48 |
| 2 Federal income tax | 227.00 |
| 3 Social security wages | 5663.48 |
| 4 Social security tax | 351.14 |
| 5 Medicare wages and tips | 5663.48 |
| 6 Medicare tax withheld | 82.12 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advanced EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 See instrs. for box 12 | |
| 13 Stat emp. Ret. Plan 3 Party Sick | |
| 14 Other | |

| 15 State & Employer's state ID | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| GA  2074507-HR | 5663.48 | 165.84 | | | |

---

### W2 Wage and Tax Statement 2015 — City or Local Filing Copy

a Employee's social security number
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

c Employer's name, address, and ZIP code
KTG INC.
4604 HAL DRIVE
CHATTANOOGA, TN 37416

b Employer's identification number 58-2320548
d Control Number 78256   1288

e Employee's name and address
ALBERT K KINNEBREW
308 A CAMP STREET
ROME, GA 30161

| Box | Amount |
|---|---|
| 1 Wages, tips, other compensation | 5663.48 |
| 2 Federal income tax | 227.00 |
| 3 Social security wages | 5663.48 |
| 4 Social security tax | 351.14 |
| 5 Medicare wages and tips | 5663.48 |
| 6 Medicare tax withheld | 82.12 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advanced EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 See instrs. for box 12 | |
| 13 Stat emp. Ret. Plan 3 Party Sick | |
| 14 Other | |

| 15 State & Employer's state ID | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| GA  2074507-HR | 5663.48 | 165.84 | | | |

---

### W2 Wage and Tax Statement 2015 — Employee Reference Copy

a Employee's social security number
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

c Employer's name, address, and ZIP code
KTG INC.
4604 HAL DRIVE
CHATTANOOGA, TN 37416

b Employer's identification number 58-2320548
d Control Number 78256   1288

e Employee's name and address
ALBERT K KINNEBREW
308 A CAMP STREET
ROME, GA 30161

| Box | Amount |
|---|---|
| 1 Wages, tips, other compensation | 5663.48 |
| 2 Federal income tax | 227.00 |
| 3 Social security wages | 5663.48 |
| 4 Social security tax | 351.14 |
| 5 Medicare wages and tips | 5663.48 |
| 6 Medicare tax withheld | 82.12 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advanced EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 See instrs. for box 12 | |
| 13 Stat emp. Ret. Plan 3 Party Sick | |
| 14 Other | |

| 15 State & Employer's state ID | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| GA  2074507-HR | 5663.48 | 165.84 | | | |

# State of Georgia, County of Floyd

| STATE OF GEORGIA | | |
|---|---|---|
| | Plaintiff(s) | **Case Number**<br>14CR00596– JFL001 |
| **Vs.** | | |
| | | **Arraignment** |
| KENNEBREW, ALBERT KERRY | | |
| | Defendant(s) | |

To:   KENNEBREW,  ALBERT KERRY
      103 NICOLE CIR
      ROCKMART, GA  30153

## NOTICE OF ARRAIGNMENT

The above–named Defendant is hereby commanded to appear at the Superior Court of Floyd County for arraignment on **Thursday, May 22, 2014** at **1:00 pm** in **Superior Courtroom B.**

If the Defendant does not have an Attorney and desires the Court to appoint one **IT IS IMPORTANT** that the defendant call **291–5205** within the next three **(3) days** to see if they qualify. A $50.00 application fee is required.

**THE DEFENDANT IS REQUIRED BY LAW TO BE PRESENT AND UPON FAILURE TO APPEAR AT SAID TIME AND DATE WILL BE SUBJECT TO HAVING AN ORDER ISSUED FOR THEIR ARREST.**

This April 28, 2014.

Barbara Penson
Clerk, Floyd Superior Court

Defendant's Copy

# KINNEBREW, ALBERT KINNEY (#1406003890)
(Aliases: Kennebrew, Albert Kenny / KINNEBREW, ALBERT KINNY)



| | | | | | | |
|---|---|---|---|---|---|---|
| **Jacket number** | 103658 | **Deceased** | No | **Marital Status** | Single |
| **Sex** | Male | **Complexion** | Dark Brown | **Citizenship** | United State of America |
| **DOB** | 6/26/85 | **Race** | Black or African American | **Country of Birth** | United State of America |
| **Age** | 29 | | | | |
| **Height** | 6' 0" | | | | |
| **Weight** | 200 lbs | **Ethnicity** | Not Hispanic | **State of Birth** | GA |
| **Build** | Slender | **Last Grade** | 12th | **Place of Birth** | Rome |
| **Eye Color** | Brown | **Religion** | | | |
| **Hair Color** | Black | | | | |

## Distinctive Markings

**Tattoos**
Shoulder (Left) - BASKETBALL
Shoulder (Right) - KIN
Arm (Left) - ACE OF SPADE, RIP
Arm (Right) - Ace Spade
Abdomen - CROSS W/ KNIFE

---

**Current Address** 103 NICOLE CIRCLE, ROCKMART, GA 30153

| | | | | | |
|---|---|---|---|---|---|
| **Emergency Contact** | | **Cell** | (706) 236-0589 **Other** | (678) 988-0916 |
| **Employer** | | **Cell** | (706) 238-2081 |
| **Organization Affiliations** | | **Emergency** (470) 345-5014 |
| **Occupation** | | |

---

| | | | | | |
|---|---|---|---|---|---|
| **FBI #** | 112571CD5 | **Jacket number** | 103658 | **OLN** | GA 049164760 |
| **SID Number** | GA3702619M | **SSN** | 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 | | Class C - Single Vehicle not to exceed 26,000 Lbs. Exp 2018 |

## Inmate Comments

| | | | |
|---|---|---|---|
| **Initial Cell** | Booking-7 | **Current Cell** | E-301-1 |
| **Booked By** | CASEY, MELANIE | **Held For** | Floyd County Sheriff's Office |
| **Booking Date** | 06/30/14 16:49 | | |
| **Arrest Location** | COURT HOUSE | **Arresting Agency** | FCSO |
| **Court** | | **Arresting Officer** | WEST, DAVID |
| **Billed To** | Floyd County Sheriff's Office | **Court Case #** | |
| | | **Holding Type** | County Sentence |
| **Treat As** | Adult | **Required Cell Checks** | |
| **Gets Work Release** | No | | |
| **Allows Check Out** | No | | |

## Hold Reasons

**Sentenced (Sentenced)**
Court Order (Cleared by Arrest) - Resolved - Sentenced - ~Sentenced 12 months serve 45 days~Aeb
Court sentence - Serving 45 day(s) - Concurrent
[45 day sentence, no adjustment - Approved]
  Arrest Date **06/30/14 09:00**
**Bond - No Bond**
(Court Order on Charge of Battery/Simple Battery-FVA)

~Sentenced 12 months serve 45 days~Aeb

## Hold Comments

# ROME CITY SCHOOLS
508 East Second Street, Rome, Georgia 30161

## PERMANENT RECORD

ST NAME __Kinnebrew__ FIRST __Albert__ MIDDLE __Kinney__ SEX __M__

GE AT ENTERING SCHOOL YEARS __5__ MONTHS __2__ BIRTHDATE __6-26-85__ PLACE OF BIRTH __Floyd__

ITH CERTIFICATE NO. __85-056452__ OTHER SOURCE OF AGE VERIFICATION _____

JRRENT ADDRESS* _____ PHONE NO.* _____

THER'S NAME __Eugene Kinnebrew__ PLACE OF WORK* _____ PHONE NO.* _____

OTHER'S NAME __Beverly Kinnebrew__ PLACE OF WORK* __Self__ PHONE NO.* _____

JARDIAN'S NAME _____ PLACE OF WORK* _____ PHONE NO.* _____
(Applicable)

| PUPIL LIVES WITH: | STATUS OF PARENTS: |
|---|---|
| ☑ BOTH PARENTS | ☑ MARRIED |
| ☐ FATHER | ☐ DIVORCED |
| ☐ MOTHER | ☐ SEPARATED |
| ☐ OTHER (Specify) | ☐ |

**HEALTH INFORMATION**

| CERTIFICATES | EXPIRATION DATE |
|---|---|
| ☑ IMMUNIZATION | |
| | EXAM DATE |
| ☑ EYE, EAR & DENTAL SCREENING | 9-13-89 |
| ☐ VISION | |
| ☐ HEARING | |
| ☐ SCOLIOSIS | |
| ☐ | |

**IDENTIFIED HEALTH PROBLEMS**

☐ VISION
☐ HEARING
☐ ASTHMA
☐ SEIZURES
☐ DIABETES
OTHERS:

**OTHER CHILDREN LIVING AT HOME**

| NAME | DATE OF BIRTH |
|---|---|
| | |
| | |
| | |
| | |
| | |

**WITHDRAWAL RECORD**

| Date Withdrawn | Receiving School |
|---|---|
| | |
| | |
| | |
| | |
| | |

**ENTRY RECORD**

| Date Entered | School Previously Attended |
|---|---|
| 8-24-90 | HeadStart |
| | |
| | |

**EXPLANATION OF GRAD**

A — 93-100
B — 86-92
C — 77-85
D — 70-76
F — 69 and be
S — Satisfactor
N — Needs Impro
I — Improvin
U — Unsatisfact
✔ — Indicates Part
Subscripts indic
Special Education ma

**EXPLANATION OF READING LEVELS**

DEPENDENT READERS are those who require extra teacher attention and instructional modifications in either the regular classroom or through special programs.
CAPABLE READERS are those whose reading skills and strategies are comparable to other students of that developmental level; different classroom reading assignments and projects may require varying degrees of teacher assistance.
INDEPENDENT READERS are fluent readers with well-developed reading strategies; require minimum teacher intervention during reading assignments and projects; participate in additional enrichment and extensions.

**3RD GRADE CRITERION-REFERENCED TEST**

| Date | Reading Score | Math Score |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Date _____
Passed Math Test: Yes/No
Date _____

STUDENT'S NAME   Kinnebrew Albert   STUDENT'S ID NUMBER   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

*Enter in pencil, record all other data in black ink

00049494984

Floyd County  BOE
OFFICIAL SECONDARY TRANSCRIPT                    06/14/2004

Student Name:  Kinnebrew, Albert Kinney            ID # 22517

Parent/Guardian            Home Telephone          School Identification
Beverly Kinnebrew                                  Coosa High School
27 Northside Dr                                    4454 Alabama Highway NW
Rome GA 30165              Sex      Birthdate
                          Male     06/26/1985      Rome, GA 30165
Ethnic Group  : Black

State ID #   : 100000255519794        Official Attendance Summary
Class Rank   : 126 / 0126             Year     2004  2003  2002  2001
GPA          : 74.109 GPA (Non-Wt) :  74.109    Present  166.0
Grad Std Yr  :                          Absent    11.0
Total Credits : 28.00000                Enrolled 177.0
Date Graduated: 06/04/2004
Date Withdrawn:            ---------- Test Scores ----------
GHS          LANG     MATH      SCI      SOC      WRIT
             506      503       493      499      517

| Year | Course | Title | Grade | Credit |
|------|--------|-------|-------|--------|
| 2001 | 07.441 | Comptr App | 72 | 1.00 |
| 2001 | 08.471 | Intro Marketing | 70 | 1.00 |
| 2003 | 08.473 | Retail Mktng | 70 | 1.00 |
| 2004 | 07.411 | Prin Accting 1 | 70 | 1.00 |
| 2004 | 21.4250001 | Intro Tech 1/A | 95 | 0.50 |
| 2004 | 21.4250002 | Intro Tech 1/B | 90 | 0.50 |
| 2002 | 20.423 | Chld Dev/Parent | 70 | 1.00 |
| 2002 | 50.0411 | Cer/Pottery 1 | 84 | 1.00 |
| 2001 | 23.061 | RG Lit/Comp 9 | 57 | |
| 2002 | 23.061 | RG Lit/Comp 9 | 70 | 1.00 |
| 2003 | 23.062 | RG Lit/Comp 10 | 72 | 1.00 |
| 2003 | 23.473 | RG App L/Com 1 | 70 | 1.00 |
| 2004 | 23.474 | RG App L/Com 2 | 79 | 1.00 |
| 2001 | 27.455 | RG Con Prb Solv | 74 | 1.00 |
| 2002 | 27.445 | RG App Prb Solv | 75 | 1.00 |
| 2003 | 27.4461001 | RG App Alg A | 72 | 0.50 |
| 2003 | 27.4461002 | RG App Alg B | 72 | 0.50 |
| 2004 | 27.4490001 | RG App Geom A | 70 | 0.50 |
| 2004 | 27.4490002 | RG App Geom B | 75 | 0.50 |
| 2001 | 17.011 | Pers Fitness | 71 | 1.00 |
| 2001 | 17.015 | Drug/Alc Aware | P | |
| 2001 | 36.054 | Weight Training | 92 | 1.00 |
| 2002 | 36.021 | Intro Tm Sports | 97 | 1.00 |
| 2002 | 36.052 | Conditioning | 86 | 1.00 |
| 2003 | 36.0660011 | Adv Body Scul A | 86 | 0.50 |
| 2003 | 36.0660012 | Adv Body Scul B | 85 | 0.50 |

Karaue
Weiin
3/31/20



# STATE OF GEORGIA
# DEPARTMENT OF PUBLIC SAFETY
# P. O. BOX 1456
# ATLANTA, GEORGIA 30371-2303
# (404) 657-9300

## (TYPE OR PRINT IN INK)

## CERTIFICATE OF ATTENDANCE

Student's Full Name: _Kennebrew, Albert Kinney_ Sex _m_ D.O.B. _6-26-85_
(TYPE OR PRINT IN INK)    Last        First        Middle

Address: _108 Rudy Road_
              Street & Apartment Number

_Rome Ga. 30161_
              City, State, Zip

School Name: Model High School

Address: 3252 Calhoun Highway
              Street

Rome, Georgia 30161
              City, State, Zip

Phone: 706 236-1895

Certifying Official: Glenn White
              (Print or Type Name)

MY COMMISSION EXPIRES JAN. 7, 2002

Official's Title _Principal_

Signature: _____ Date _8-28-00_

**Notary:**
Sworn to and subscribed before me this
_28th_ day of _Aug_ 20_00_.
_Gary Williams_
         Notary Public

· Seal

The above named student is enrolled in and not under suspension or expulsion from
Model High School
_____
              Name of School

and has not been absent more than ten (10) consecutive days for unexcused absences in
any semester or combination of two consecutive quarters.

*Submit this form to a License Examination Facility.  Form must be submitted to DPS within 30 days.*

DPS 1 (06/98)

**CHECKLIST for Individual** _Albert Kannebrew_   **MHID#** _291140_

☐The information checked below is required by the State of Georgia for you to remain on our sliding fee scale. If these documents are not received within 60 days from your Initial Intake appointment, you will be discharged and referred to another provider.

☐ The information checked below is required by the State of Georgia annually, and anytime there is a change of status requiring a financial update. This information will be requested at the time of your annual paperwork update. Your appointment is on _____, at _____am/pm. Please bring this information with you at the time of your appointment.

ADULT INDIVIDUAL:

☐ Picture I.D. (Driver's license, Passport, State Issued Photo ID)
☐ Social Security Card or Birth Certificate (only one or the other for adults)
☐ Insurance Card
☒ Proof of Income (Department of Labor Earnings Statement from your local Department of Labor, Bank Statement, Most Recent Check Stub, Food Stamp Award Letters and/or Last Year's Tax Return) This includes all household income for anyone living in the home.

Must have before or will be

CHILD/ADOLESCENT:

☐ Parent/Legal Guardian Picture I.D.
☐ Proof of Guardianship (Birth Certificate, Guardianship Paperwork, Divorce Decree, etc.)  _July 29, 2021_  discharged
☐ Child's Social Security Card
☐ Insurance Card (If the child has insurance. If not, the guardian has 60 days to apply and provide a letter from DFCS showing approval/denial.)
☐ Guardian's Proof of Income (Department of Labor Earnings Statement from your local Department of Labor, Bank Statement, Most Recent Check Stub, Food Stamp Award Letters and/or Last Year's Tax Return).

This information has been explained to me and I have been given the opportunity to ask any questions that I may have.

Individual Signature: _____   Date _5 - 6 - 21_
Staff Signature _Sheila Sneoko_   Date _5-6-21_

Copy to individual

Copy scanned to Financial Record

Financial Intake: Individual Checklist Reminder Letter
Form 1220A Individual Checklist

