UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALBERT KINNEY KINNEBREW,<br><br>          Plaintiff,<br><br>v.<br><br>BEVERLY KINNEBREW, et al.,<br><br>          Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-01531-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** without prejudice. The Court does not find a basis for subject matter jurisdiction.

Dated at Atlanta, Georgia, this 20th day of July, 2023.

                                                            KEVIN P. WEIMER
                                                            CLERK OF COURT

                                               By:   s/Shane Gazaway
                                                                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 20, 2023
Kevin P. Weimer
Clerk of Court

By: s/Shane Gazaway
    Deputy Clerk